UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-01803-JSS-EJK

HOWARD COHAN,

    Plaintiff,

vs.

SUMMIT HOTEL TRS 048, LLC,
a Foreign Limited Liability Company,
d/b/a HYATT PLACE ORLANDO
CONVENTION CENTER

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, SUMMIT HOTEL TRS 048, LLC, a Foreign Limited Liability Company, d/b/a HYATT PLACE ORLANDO CONVENTION CENTER, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED December 11, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kevin M. Young** |
| Gregory S. Sconzo, Esq. | Kevin M. Young |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| Sconzo Law Office, P.A. | SEYFARTH SHAW LLP |
| 3825 PGA Boulevard, Suite 207 | 1075 Peachtree Street, N.E., Suite |

1

| | |
|---|---|
| Palm Beach Gardens, FL 33410 | 2500 |
| Telephone: (561) 729-0940 | Atlanta, Georgia 30309-3958 |
| Facsimile: (561) 491-9459 | Telephone: (404) 885-1500 |
| Email: greg@sconzolawoffice.com | Email: kyoung@seyfarth.com |
| Email: perri@sconzolawoffice.com | COUNSEL FOR DEFENDANT |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **/s/ Gregory S. Sconzo**
                                                    **Gregory S. Sconzo, Esq.**